IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LE, : | |
|   *BY & THROUGH HIS PARENTS, DE & LME,* : | |
|   and DE & LME, *EACH INDIVIDUALLY,* : | |
| : | CIVIL ACTION NO. 20-2096 |
| v. : | |
| : | |
| METHACTON SCHOOL DISTRICT : | |

**O R D E R**

**AND NOW**, this 25th day of April 2024, upon consideration Plaintiffs' Motion for Summary Judgment on the Administrative Record (ECF No. 13) and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that the parties are directed to confer about the number of days for which L.E. is eligible for compensatory education and the manner in which it must be provided. The parties are directed to file a joint proposal regarding the implementation of compensatory education within thirty (30) days of the entry of this Order. If the parties are unable to agree on a joint proposal, they shall submit separate proposals regarding the implementation of compensatory education within thirty (30) days of the entry of this Order. Each party shall explain the basis for its proposal in the submission.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**